United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTANA COLLINS,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>  Defendants.<br>_____/ | No. C 05-01593 CRB<br><br>**ORDER** |

Pursuant to the Court's statements in open court, it is hereby ORDERED that:

1. Plaintiff is to complete initial disclosures no later than August 31, 2005

2. Plaintiff shall be made available for a deposition and such deposition shall be completed no later than October 31, 2005.

3. The parties shall appear for a further case management conference on November 4, 2005 at 8:30 a.m.

The Court further notes that plaintiff's counsel failed to appear for the case management conference and did not give prior notice of his inability to appear. Accordingly, plaintiff is warned that failure to comply with the above orders of the Court may result in sanctions.

**IT IS SO ORDERED.**

Dated: August 26, 2005

　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1593\order 1.wpd