| | |
|---|---|
| 1 | Berehanu H. Challa, Esq., SBN 179405 |
| | LAW OFFICES OF BEREHANU H. CHALLA |
| 2 | 1600 Adams Drive, Suite 217 |
| | Menlo Park, CA 94025 |
| 3 | Tel. (650) 688-5786, Facsimile (650) 688-5787 |
| 4 | Attorney for Plaintiff, |
| | FONTANA COLLINS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| FONTANA COLLINS | ) | Case No. | C05-01593-CRB |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| CITY AND COUNTY OF SAN FRANCISCO, OFFICER MULLINS BADGE #1312 AND OFFICER BONNILA BADGE# 1093, IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES AS CITY AND COUNTY OF SAN FRANCISCO POLICE OFFICERS, et al., | ) ) ) ) ) ) ) ) | REQUEST FOR DISMISSAL | |
| Defendants. | ) | | |

   Plaintiff FONTANA COLLINS hereby requests that the Court dismiss this lawsuit in its entirety without prejudice.

Dated: October 3, 2005          Respectfully submitted,
                                LAW OFFICES OF BEREHANU H. CHALLA

                                by: _____(C)_____
                                Berehanu H. Challa, Esq.
                                Attorney for Plaintiff
                                FONTANA COLLINS

ORDER

Plaintiff Fontana Collins having requested that the Court dismiss this lawsuit, the Court hereby dismisses this lawsuit in its entirety without prejudice.

SO ORDERED.

Dated: October 7, 2005

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

